| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:00CV1240(JCH) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Charles Robinson | writ of garnishment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
    Charles Robinson, xxx

    ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**    194 Plainfield St., Manchester, Connecticut    06040

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christine Sciarrino
U.S. Attorney's Office
157 Church St.
New Haven, Conn.    06111

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

process includes a copy of the application, the writ, instructions to the garnishee and the clerk's notice.

phone at work 860-233-0011

ROBINSON Cell 860 983-0165 2/2/04

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT    TELEPHONE NUMBER 203-821-3700    DATE 11-20-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 2/2/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 2/3/04    Time    am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: MRS. PATEL (860) 233-0011 x 820 states Robinson only works 5-6 hrs p/week. Mrs. Patel is co-owner & payroll of Desai Systems   RTN p/AUSA

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|